UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By:  Jeanie D. Wiesner, Esq.  JW3209

In Re:

Coralie A. Williams

**Order Filed on May 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:  14-19128-JNP

Chapter:  13

Judge:  Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 21, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott M. Zauber_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____. The allowance is payable:

　　　☒  through the Chapter 13 plan as an administrative priority.

　　　☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____188.00_____ per month for _____12_____ months to allow for payment of the above fee.

*rev.8/1/15*