UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Coralie A Williams | Case No.: 14-19128 |
| | Hearing Date: |
| | Judge: JNP |
| | Chapter: 13 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 10, 2019**

_/s/ Jerrold N. Poslusny, Jr._
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____7/10/2019_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☑ Other: _set final decree in error_____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*