UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 10, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Coralie A Williams

| | |
|---|---|
| Case No.: | 14-19128 |
| Hearing Date: | |
| Judge: | JNP |
| Chapter: | 13 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 10, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____7/10/2019_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☑ Other: _set final decree in error_____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Coralie A Williams  
      Debtor

Case No. 14-19128-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 10, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.  
db            +Coralie A Williams,    8 Ray Smith Road,    Sicklerville, NJ 08081-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor     Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
          summarymail@standingtrustee.com  
         Jeanie D. Wiesner     on behalf of Debtor Coralie A Williams jwiesner@subranni.com,  
          dhoff@subranni.com;cwild@subranni.com  
         Nicholas V. Rogers     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Raymond H. Shockley, Jr.     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         Scott M. Zauber     on behalf of Debtor Coralie A Williams jwiesner@subranni.com,  
          ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com  
         Thomas J Subranni     on behalf of Debtor Coralie A Williams jwiesner@subranni.com,  
          dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com  
                                                                                                           TOTAL: 9