**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Coralie A Williams | Social Security number or ITIN   xxx–xx–2934 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–19128–JNP | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Coralie A Williams
   aka Coralie Freeland


7/11/19                                                       **By the court:** Jerrold N. Poslusny Jr.
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-19128-JNP
Coralie A Williams                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Jul 12, 2019
                              Form ID: 3180W           Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
```
db             +Coralie A Williams,    8 Ray Smith Road,    Sicklerville, NJ 08081-2113
514961978      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514767738      +Boston Heart Diagnostics,    POB 842856,    Boston, MA 02284-2856
514935600      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514767741      +Carwell Montgomery,    Attn: Feldman, Shepard, Wohlgelernter Et,
                 1845 Walnut Street, 21st Floor,    Philadelphia, PA 19103-4720
514767742      +Carwell Montgomery,    Adm. Of Estate Of Bernadette Montgomery,    260 Christiana Road Apt. P3,
                 New Castle, DE 19720-2958
514767743      +Chase Auto Finance,    POB 901003,    Fort Worth, TX 76101-2003
514860336     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
514767754      Inspira Health Network,    33 Irving Avenue,    Bridgeton, NJ  08302
514767755      +K. Jordan,    c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
514767757      +Marlton Village HOA,    Attn: Camden County Court,    101 S. 5th Street, Ste 670,
                 Camden, NJ 08103-4001
514767758      +Masseys,    c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
514767763     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan Acceptance Corp,    7900 Ridgepoint Dr,    Irving, TX  75063)
514767761      +New Jersey State Transit Authority,    350 Newton Avenue,    Camden, NJ 08103-1612
514767762      +NewJesersy State Transit Corp.,    NJ Transit Headquarters,    One Penn Plaza East,
                 Newark, NJ 07105-2299
514915752      +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 11:27:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 11:27:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              EDI: WFFC.COM Jul 12 2019 07:48:00      Wells Fargo,    PO Box 10335,
                 Des Moines, IA  50306-0335
514767737      +EDI: CBSAMERIMARK Jul 12 2019 07:48:00      AmeriMark Premier,    P.O. Box 2845,
                 Monroe, WI 53566-8045
514767739      +EDI: CAPITALONE.COM Jul 12 2019 07:48:00      Capital One,    POB 30253,
                 Salt Lake City, UT 84130-0253
514767740      +EDI: CAPITALONE.COM Jul 12 2019 07:48:00      Capital One National Assoc.,    POB 26030,
                 Richmond, VA 23260-6030
514905680       EDI: CAPITALONE.COM Jul 12 2019 07:48:00      Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
514767744      +EDI: WFNNB.COM Jul 12 2019 07:48:00      Comenity Bank / NWPRTNWS,    POB 182789,
                 Columbus, OH 43218-2789
514767745      +EDI: WFNNB.COM Jul 12 2019 07:48:00      Comenity Bank/Chadwcks,    PO Box 182789,
                 Columbus, OH 43218-2789
514767747      +EDI: WFNNB.COM Jul 12 2019 07:48:00      Comenity Bank/MTROSTYL,    POB 182789,
                 Columbus, OH 43218-2789
514767746      +EDI: WFNNB.COM Jul 12 2019 07:48:00      Comenity Bank/Mandee,    PO Box 182789,
                 Columbus, OH 43218-2789
514898897      +EDI: CRFRSTNA.COM Jul 12 2019 07:48:00      Credit First NA,    Po Box 818011,
                 Cleveland, OH 44181-8011
514767748      +EDI: BLUESTEM Jul 12 2019 07:58:00      Fingerhut/Metabank,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
514767749      +EDI: BLUESTEM Jul 12 2019 07:58:00      Fingerhut/Webbank,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
514767750      +EDI: CRFRSTNA.COM Jul 12 2019 07:48:00      Firestone,    POB 81307,    Cleveland, OH 44181-0307
514767752      +EDI: RMSC.COM Jul 12 2019 07:48:00      GECRB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
514767753      +EDI: RMSC.COM Jul 12 2019 07:48:00      GECRB/Walmart,    PO Box 965024,    Orlando, FL 32896-5024
514767751       EDI: RMSC.COM Jul 12 2019 07:48:00      GECRb / JC Penny,    POB 965009,
                 Orlando, FL  32896-5009
514860337       EDI: MERRICKBANK Jul 12 2019 07:48:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
514767756      +EDI: TSYS2.COM Jul 12 2019 07:48:00      Macys-DSNB,    POB 8218,    Mason, OH 45040-8218
514767759      +EDI: MERRICKBANK.COM Jul 12 2019 07:48:00      Merrick Bank,    POB 9201,
                 Old Bethpage, NY 11804-9001
514767760      +EDI: CBS7AVE Jul 12 2019 07:58:00      Montgomery Ward,    c/o Creditors Bankruptcy Service,
                 PO Box 740933,    Dallas, TX 75374-0933
514984255       EDI: PRA.COM Jul 12 2019 07:48:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
514915056       EDI: PRA.COM Jul 12 2019 07:48:00      Portfolio Recovery Associates, LLC,
                 c/o Jc Penney Credit Card,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Jul 12, 2019
                               Form ID: 3180W           Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514915062      EDI: PRA.COM Jul 12 2019 07:48:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517717995     +EDI: Q3G.COM Jul 12 2019 07:48:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788,     Quantum3 Group LLC as agent for,
                 Sadino Funding LLC 98083-0788
517717994      EDI: Q3G.COM Jul 12 2019 07:48:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
514838382      EDI: Q3G.COM Jul 12 2019 07:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
514767764     +EDI: CBSAMERIMARK Jul 12 2019 07:48:00      Shop Now Pay Plan,    POB 2852,
                 Monroe, WI 53566-8052
514767765     +EDI: CITICORP.COM Jul 12 2019 07:48:00      THD-CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
514767766      EDI: TFSR.COM Jul 12 2019 07:48:00      Toyota Motor Credit Corp,    5005 N. River Blvd, NE,
                 Cedar Rapids, IA 52411
514780876      EDI: TFSR.COM Jul 12 2019 07:48:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
515691369     +EDI: WFFC.COM Jul 12 2019 07:48:00      WELLS FARGO BANK, N.A.,    WELLS FARGO BANK, N.A.,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    MAC #D3347-014,    3476 STATEVIEW BOULEVARD,
                 FORT MILL, SC 29715-7203
514767768     +EDI: RCSDELL.COM Jul 12 2019 07:58:00      Webbank-DFS,    POB 81607,    Austin, TX 78708-1607
514880736     +EDI: BLUESTEM Jul 12 2019 07:58:00      Webbank-Fingerhut,    6250 Ridgewood Rd,
                 St. Cloud, MN 56303-0820
514916954     +EDI: WFFC.COM Jul 12 2019 07:48:00      Wells Fargo Bank NA,    Attn: Bankruptcy Dept.,
                 MAC # D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514767769      EDI: WFFC.COM Jul 12 2019 07:48:00      Wells Fargo Home Mortgage,    POB 10335,
                 Des Moines, IA 50306-0335
                                                                                                 TOTAL: 37


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wells Fargo Bank, NA
514767767*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Leasing,    5005 N. River Blvd., NE,
                 Cedar Rapids, IA  5241)
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanie D. Wiesner    on behalf of Debtor Coralie A Williams jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Scott M. Zauber    on behalf of Debtor Coralie A Williams jwiesner@subranni.com,
               ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
              Thomas J Subranni    on behalf of Debtor Coralie A Williams jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
                                                                                               TOTAL: 9
```